UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-80423-CIV-RYSKAMP/VITUNAC

LAURA HOUSTON, on her own behalf
and others similarly situated,

    Plaintiff,

v.

WASHINGTON MUTUAL, INC.,
a Washington Corporation, d/b/a WASHINGTON MUTUAL

    Defendant.
_____/

### ORDER DIRECTING COMPLIANCE WITH COURT PRACTICE IN FLSA CASES

THIS CAUSE comes before the Court upon the parties' Stipulation of Dismissal with Prejudice **[DE 16]**, filed on September 12, 2007.  Pursuant to the direction provided by the Eleventh Circuit in *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), claims for unpaid overtime wages under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §201 et seq., may be settled or compromised only with the approval of the Court or the Secretary of Labor.  Therefore, prior to entry of an Order dismissing this case, the parties must submit their settlement agreement to the Court for review, so that this Court may determine whether the settlement reached is a fair and reasonable resolution of a bona fide dispute over FLSA provisions.  Based on the above, it is hereby

ORDERED AND ADJUDGED that the parties shall submit their agreement to this Court for review.  Additionally, the parties are directed to submit to the Court a proposed order in compliance with the local rules, which includes emailing chambers a copy of the proposed order in Word or Word Perfect format.

DONE AND ORDERED in West Palm Beach, Florida this 18 day of September, 2007.

                                             _ /s/ Kenneth L. Ryskamp____
                                               KENNETH L. RYSKAMP
                                               United States District Judge

Copies provided to:
All counsel of record